

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00075-CV

**SAN ANTONIO HOUSING AUTHORITY**,
Appellant

v.

**SERENTO APARTMENTS, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16503
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is REVERSED and judgment is RENDERED dismissing the cause for lack of subject-matter jurisdiction. It is ORDERED that Appellant San Antonio Housing Authority recover its costs of this appeal from Appellee Serento Apartments, LLC.

SIGNED September 30, 2015.

_____
Karen Angelini, Justice